AUG-22-2011  15:47                                                    904 248 7143    P.04

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR DUVAL
COUNTY, FLORIDA

DENNIS BASHAW, an individual,  CASE NO.:

    Plaintiff,  DIVISION:

vs.

INFRAGARD JACKSONVILLE
MEMBERS ALLIANCE, INC., a Florida
non profit corporation,

    Defendant.

3 12-CV-31-J-32JBT
DIVISION CV-H

FILED
AUG 05 2011

## VERIFIED COMPLAINT FOR PURE BILL OF DISCOVERY

Plaintiff, Dennis Bashaw ("Bashaw"), files this Verified Complaint for Pure Bill of Discovery in order to obtain information and documents from Defendant, InfraGard Jacksonville Members Alliance, Inc. ("InfraGard"), and in support thereof alleges as follows:

1. This is an action in equity for a pure bill of discovery.

2. Bashaw is an individual residing in Jacksonville, Duval County, Florida.

3. InfraGard is a Florida corporation, which maintains an office for transacting its ordinary course of business in Duval County, Florida.

4. Venue is proper in Duval County, as that is where InfraGard maintains an office for transacting its business.

5. Bashaw is seeking discovery from InfraGard regarding its possible participation in and intrusion into Bashaw's privacy by InfraGard, and other unknown third-parties.

6. Bashaw intends to use the information and discovery obtained in this action to amended this Complaint to state an action at law for intrusion and invasion of privacy against InfraGard (if warranted), and any other potential defendants identified in the discovery who may be

necessary parties to the action. Bashaw also needs discovery from InfraGard in order to identify all possible theories of liability against potential defendants.

7. Bashaw believes in good faith that his civil rights have been violated, and that he has been harassed and has been the victim of intrusion into his personal affairs by various third parties and entities for years. The harassment and intrusion includes, but is not limited to:

   i. Unauthorized surveillance through the implantation of audio, video and GPS devices in Bashaw's home, car, cell phone and other places he frequents;

   ii. The implantation of one or more microchips into Bashaw's body;

   iii. Posting of the audio and/or video (including nudity) obtained through the surveillance devices on the internet for public consumption, and potentially, illegal gaming activity;

   iv. Unlawful "hacking" into Bashaw's computer in order to monitor his communication with third persons and his website usage;

   v. The collection of personal and private information for use by unauthorized persons and entities.

8. Bashaw has also had his tag stolen off his car, and he has been run off the road in a car accident in Palm Beach County, Florida.

9. As the victim of such harassment and invasion of his privacy, Bashaw is entitled to determine exactly what persons or entities are responsible and what information has been obtained and/or used by such persons or entities. In order to obtain this information, discovery is necessary from InfraGard.

10. Accordingly, Bashaw would like to take the deposition of Mr. Robert Jones, President of the local chapter of InfraGard, and/or the corporate representative of InfraGard having the most

knowledge regarding InfraGard's activities, authorization for those activities, licenses and specific "targets" identified by InfraGard, including specifically, whether Bashaw is on the list of such "targets".

11. The nature and contents of documents in InfraGard's possession or control which may shed light on those activities which invade Bashaw's privacy rights, include the following:

    a. Articles of Incorporation and Bylaws of InfraGard;

    b. A list of "targets" surveilled by InfraGard;

    c. Policies/procedure manuals for members;

    d. Member list for InfraGard;

    e. Any and all licenses held by InfraGard members, or required to be held by InfraGard members;

    f. Any manual or handbook which sets forth InfraGard's standard operating procedure for surveilling "targets";

    g. Any documents which set forth liaisons within InfraGard, including local, state and federal law enforcement agencies, or any other governmental entities like the Federal Bureau of Investigation, Homeland Security, National Security Agency or the Central Intelligence Agency of the United States Government;

    h. Any documents which describe the activities conducted by InfraGard, and the breadth of InfraGard's authority to conduct those activities;

    i. Any documents which regulate InfraGard's activities;

    j. Any documents which show which individuals or entities fund InfraGard's activities;

    k. Any documents which may demonstrate InfraGard is engaged in unlawful

3

gambling on outcomes/events of a "target's" activities;

l.    Any documents which would demonstrate InfraGard's connection to the pornography industry;

m.    Any documents which would show InfraGard is aware of or caused to happen microchip implants in order to facilitate tracking "targets";

n.    Any documents which show the surveillance activities and techniques utilized by InfraGard;

o.    Any documents which relate to internet hacking techniques, devices or personnel utilized by InfraGard;

p.    Any and all video recordings of "targets" maintained by InfraGard, and specifically, whether there is any audio or video recording of Bashaw;

q.    Any documents that would show InfraGard engages in "RNM" - Remote Neural Monitoring, or "RMS" - Remote Monitoring System.

r.    Any documents which would show all internet websites visited by or utilized by InfraGard; and

s.    Any documents, including e-mail records from InfraGard's internet service providers and computer hard drives where information is stored.

12.    A reasonable time frame for this discovery would be the past five (5) years, and therefore, Bashaw requests discovery to be conducted from July 1, 2006 through the present date.

13.    The requested discovery is necessary to maintain Bashaw's cause of action for intrusion and invasion of privacy in prospective litigation. The requested discovery is material, relevant and necessary in order to ascertain whether InfraGard, or any other third-party has engaged in harassing and illegal surveillance of Bashaw either for some illicit purpose, or simply as an

4

intrusion into Bashaw's privacy rights.

14. Bashaw is the victim of a long standing scheme to invade his privacy, and therefore, he is entitled to the discovery requested. InfraGard is the owner of the documents being requested.

15. Bashaw has an absolute right to the relief requested in order to prove that he has been harassed, followed, surveilled, and perhaps, poisoned as a game perpetrated by third-parties for profit. Bashaw has attempted to obtain information relating to these allegations by other means outside of the court system, but his efforts have been thwarted at every turn.

16. Upon information and belief, InfraGard has knowledge of the harassment and invasion of Bashaw's privacy, and may have provided access to or authorization to person or entities seeking to harass Bashaw and invade his privacy. InfraGard may have provided information regarding Bashaw to unauthorized persons or entities.

17. The discovery sought by Bashaw is material and necessary for Plaintiff to maintain an action at law against any parties in prospective litigation.

18. Because the discovery sought is not in Bashaw's possession, custody or control, he has no title or legal interest in the discovery requested. Bashaw needs the subpoena power of this Court to force InfraGard and other third parties to turn over the requested discovery.

WHEREFORE, Plaintiff, Dennis Bashaw, respectfully requests this Court to require Defendant, InfraGard Jacksonville Members Alliance, Inc. to participate in discovery, including but not limited to, appearing at a properly noticed deposition, producing documents requested, and any other relief which this Court deems necessary under the circumstances.

DATED this 4th day of August, 2011.

                        HENDERSON LAW, P.A.

                        Alan D. Henderson
                        Florida Bar No. 435430
                        105 Solana Road, Suite C
                        Ponte Vedra Beach, Florida 32082
                        (904) 992-6949
                        (904) 992-6948 (fax)
                        Attorney for Plaintiff

## VERIFICATION

STATE OF FLORIDA:

COUNTY OF DUVAL:

      Under penalties of perjury, I declare that I have read the foregoing VERIFIED COMPLAINT FOR PURE BILL OF DISCOVERY, and the facts stated therein are true and correct to the best of my information, knowledge and belief.

                                                    DENNIS BASHAW